# CERTIFICATION

RE:  James L. Todd
　　　Y64605
　　　24-cv-2682-DWD

I, __PATSY PROSSER - TRUST FUND__, hereby certify that
(Name and Title of Authorized Officer - please print)

James L. Todd currently has the sum of $ __41.68__ on account at Lawrence Correctional Center.

_Patsy Prosser_
Signature of Authorized Officer

Dated: __2-24-25__

**PURSUANT TO 28 U.S.C. § 1915(a)(2),
PLEASE ATTACH A COPY OF THE INMATE'S
TRUST FUND ACCOUNT STATEMENT
FOR THE PAST SIX MONTHS.**

**Please mail the statement and this completed form to:**
Clerk of Court
United States District Court
Southern District of Illinois
750 Missouri Avenue
East St. Louis, IL 62201

REPORT CRITERIA - Date: 08/24/2024 thru End;    Inmate: Y64605;    Active Status Only ? : No;    Print Restrictions ? : Yes;    Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No;    Statewide ? : No

**Inmate:** Y64605 Todd, James L.      **Housing Unit:** LAW-R1-AU-08

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| | | | | | Beginning Balance: | | 203.48 |
| 09/04/24 | Mail Room | 15 JPAY | 248200 | 172616767 | Daleska, Harold | 125.00 | 328.48 |
| 09/05/24 | Mail Room | 15 JPAY | 249200 | 172654082 | Joplin, Brittany | 50.00 | 378.48 |
| 09/10/24 | Payroll | 20 Payroll Adjustment | 2541168 | | P/R month of 8 2024 | 9.40 | 387.88 |
| 09/13/24 | Point of Sale | 60 Commissary | 2577152 | 736001 | Commissary | -96.93 | 290.95 |
| 09/24/24 | Disbursements | 80 Postage | 268334 | Chk #100369 | 889, Pitney Bowes, Inv. Date: 08/27/2024 | -3.70 | 287.25 |
| 09/24/24 | Disbursements | 80 Postage | 268334 | Chk #100369 | 946, Pitney Bowes, Inv. Date: 09/09/2024 | -.28 | 286.97 |
| 09/24/24 | Point of Sale | 60 Commissary | 2687160 | 736451 | Commissary | -125.26 | 161.71 |
| 10/01/24 | Mail Room | 15 JPAY | 275200 | 173334936 | Daleska, Harold | 140.00 | 301.71 |
| 10/07/24 | Disbursements | 88 legal fees | 2813168 | Chk #100545 | 1358, LaDonja Randol, Inv. Date: 10/07/2024 | -110.00 | 191.71 |
| 10/11/24 | Mail Room | 15 JPAY | 285200 | 173633039 | Todd, Norman | 50.00 | 241.71 |
| 10/11/24 | Payroll | 20 Payroll Adjustment | 2851168 | | P/R month of 9 2024 | 14.00 | 255.71 |
| 10/15/24 | Mail Room | 15 JPAY | 289200 | 173751602 | Todd, Norman | 70.00 | 325.71 |
| 10/17/24 | Mail Room | 15 JPAY | 291200 | 173810497 | Rich, Layonna | 50.00 | 375.71 |
| 10/18/24 | Point of Sale | 60 Commissary | 2927152 | 737600 | Commissary | -342.34 | 33.37 |
| 10/18/24 | AP Correction | 88 legal fees | 292534 | Chk #100545 Voided | 1358 - LaDonja Randol | 110.00 | 143.37 |
| 10/23/24 | Disbursements | 80 Postage | 297334 | Chk #100664 | 1207, Pitney Bowes, Inv. Date: 09/26/2024 | -2.04 | 141.33 |
| 10/23/24 | Disbursements | 80 Postage | 297334 | Chk #100664 | 1269, Pitney Bowes, Inv. Date: 10/03/2024 | -.56 | 140.77 |
| 10/23/24 | Disbursements | 81 Legal Postage | 297334 | Chk #100664 | 1282, Pitney Bowes, Inv. Date: 10/04/2024 | -2.59 | 138.18 |
| 10/31/24 | Mail Room | 15 JPAY | 305200 | 174157460 | Todd, Norman | 50.00 | 188.18 |
| 11/13/24 | Payroll | 20 Payroll Adjustment | 3181168 | | P/R month of 102024 | 14.00 | 202.18 |
| 11/14/24 | Point of Sale | 60 Commissary | 3197152 | 738648 | Commissary | -105.87 | 96.31 |
| 11/30/24 | Mail Room | 15 JPAY | 335200 | 175032229 | Todd, Norman | 50.00 | 146.31 |
| 12/03/24 | Point of Sale | 60 Commissary | 3387160 | 739474 | Commissary | -137.47 | 8.84 |
| 12/10/24 | Mail Room | 15 JPAY | 345200 | 175353946 | Todd, Norman | 25.00 | 33.84 |
| 12/10/24 | Payroll | 20 Payroll Adjustment | 3451168 | | P/R month of 112024 | 14.00 | 47.84 |
| 12/11/24 | Point of Sale | 60 Commissary | 3467188 | 740206 | Commissary | -7.10 | 40.74 |
| 12/17/24 | Mail Room | 15 JPAY | 352200 | 175574780 | Todd, Norman | 50.00 | 90.74 |
| 12/18/24 | Disbursements | 80 Postage | 353334 | Chk #101264 | 1898, Pitney Bowes, Inv. Date: 11/25/2024 | -3.15 | 87.59 |
| 12/18/24 | Disbursements | 80 Postage | 353334 | Chk #101264 | 2086, Pitney Bowes, Inv. Date: 12/11/2024 | -.69 | 86.90 |
| 12/18/24 | Disbursements | 81 Legal Postage | 353334 | Chk #101264 | 2137, Pitney Bowes, Inv. Date: 12/17/2024 | -2.04 | 84.86 |
| 12/31/24 | Point of Sale | 60 Commissary | 3667188 | 741143 | Commissary | -78.13 | 6.73 |
| 01/10/25 | Payroll | 20 Payroll Adjustment | 0101168 | | P/R month of 122024 | 14.00 | 20.73 |
| 01/16/25 | Disbursements | 80 Postage | 016334 | Chk #101593 | 2235, Pitney Bowes, Inv. Date: 12/27/2024 | -3.43 | 17.30 |
| 01/16/25 | Disbursements | 80 Postage | 016334 | Chk #101593 | 2332, Pitney Bowes, Inv. Date: 01/03/2025 | -1.77 | 15.53 |
| 01/17/25 | Mail Room | 15 JPAY | 017200 | 176440007 | Todd, Norman | 25.00 | 40.53 |
| 01/17/25 | Point of Sale | 60 Commissary | 0177160 | 742107 | Commissary | -27.85 | 12.68 |
| 01/21/25 | Mail Room | 15 JPAY | 021200 | 176548204 | Todd, Norman | 25.00 | 37.68 |
| 01/31/25 | Mail Room | 15 JPAY | 031200 | 176793243 | Todd, Norman | 25.00 | 62.68 |
| 02/07/25 | Point of Sale | 60 Commissary | 0387200 | 743179 | Commissary | -31.85 | 30.83 |
| 02/11/25 | Payroll | 20 Payroll Adjustment | 0421168 | | P/R month of 1 2025 | 14.00 | 44.83 |

Date: 2/24/2025
Time: 1:18pm
d_list_inmate_trans_statement_composite

Lawrence Correctional Center
Trust Fund
Inmate Transaction Statement

Page 2

REPORT CRITERIA - Date: 08/24/2024 thru End;   Inmate: Y64605;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No;   Statewide ? : No

**Inmate: Y64605 Todd, James L.**            **Housing Unit: LAW-R1-AU-08**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 02/20/25 | Disbursements | 83 Copies | 051334 | Chk #101987 | 2867, DOC: 523 Fund, Inv. Date: 02/11/2025 | -3.15 | 41.68 |

|  |  |
|---|---|
| **Total Inmate Funds:** | 41.68 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | .00 |
| **Funds Available:** | 41.68 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |