

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES L. TODD, | ) |
|        Plaintiff, | ) |
| v. | ) Case No. 3:2024-cv-2682-DWD |
| KEIRSTON et. al. | ) |
|        Defendants. | ) |

## APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as lead counsel in this case for:

**LEE KERSTEN (misspelled in complaint as KEIRSTON) and WALTER SIMMONS**

I certify that I am admitted to practice in this court.

Date: <u>March 24, 2025</u>

                                                By:    *s/Bhairav Radia*
                                                         Bhairav Radia #6293600
                                                         IFMK Law, Ltd.
                                                         650 Dundee Road, Suite 475
                                                         Northbrook, Illinois 60062
                                                         T: (847) 291-0200
                                                          E: bradia@ifmklaw.com