CLERK
UNITED STATES DISTRICT COURT
750 MISSOURI AVE.
EAST ST. LOUIS, ILLINOIS 62201

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

24-2682
#16

PAROLE

SAINT LOUIS MO
26 MAR 2025 PM

FIRST-CLASS MAIL
IMI
$000.69
03/25/2025 ZIP 62201
043M31248728
US POSTAGE

MAIL CLEARED
US MARSHALS

JAMES L. TODD Y64605

ENTER

RETURN TO SENDER -
INMATE ON CO...
OVER 30 DAYS

NIXIE   601   5C 1   0105/10/25
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 62201295499   *2516-00032-26-40

RECEIVED
MAY 19 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE